**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**TRAVIS J. LANG,**

                                   **Plaintiff,**

    **vs.**                                                                         **9:18-CV-506**
                                                                                                  **(TJM/DEP)**

**LISA ZUREK, et al.,**

                                   **Defendants.**

_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**


### DECISION & ORDER

The Court referred this 42 U.S.C. § 1983 case, which alleges violations of Plaintiff's

constitutional rights during his incarceration, to the Hon. David E. Peebles, United States

Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and

Local Rule 72.3(c).  The October 17, 2018, Report-Recommendation, dkt. # 29,

recommends that the Court grant in part and deny in part Defendants' motion to dismiss.

  No party objected to the Report-Recommendation, and the time for such objections

has passed.  After examining the record, this Court has determined that the Report-

Recommendation is not subject to attack for plain error or manifest injustice and the Court

will accept and adopt the Report-Recommendation..

Accordingly,

The Report-Recommendation of Magistrate Judge Peebles, dkt. # 29, is hereby

**ACCEPTED** and **ADOPTED**.   Defendants' motion to dismiss, dkt. # 18, is hereby

**GRANTED IN PART** and **DENIED IN PART**, as follows:

1.  The motion is GRANTED with respect to Plaintif's excessive force claims

    brought pursuant to the Fourth Amendment;

2.  The motion is GRANTED with respect to all claims brought against the

    County of Oneida; and

3.  The motion is DENIED in all other respects.

    **IT IS SO ORDERED.**

Dated:November 20, 2018


Thomas J. McAvoy
Senior, U.S. District Judge